# EXHIBIT A

# ALABAMA SJIS CASE DETAIL


alacourt.com

**PREPARED FOR: JOHN SCOTT**
**10/19/2023 12:28:38 PM**

County: **02**   Case Number: **CV-2023-901992.00**   Court Action:
Style: **THOMAS A BURNS V. BRAND SAFWAY SOLUTIONS**

Real Time

## Case

### Case Information
| | | |
|---|---|---|
| County: 02-MOBILE | Case Number: CV-2023-901992.00 | Judge: SWP:S. WESLEY PIPES |
| Style: THOMAS A BURNS V. BRAND SAFWAY SOLUTIONS | | |
| Filed: 09/25/2023 | Case Status: ACTIVE | Case Type: CIVIL RIGHTS |
| Trial Type: BENCH | Track: STANDARD | Appellate Case: 0 |
| No of Plaintiffs: 1 | No of Defendants: 1 | |

### Damages
| | | |
|---|---|---|
| Damage Amt: 0.00 | Punitive Damages: 0.00 | General Damages: 0.00 |
| No Damages: | Compensatory Damages: 0.00 | |
| Pay To: | Payment Frequency: | Cost Paid By: |

### Court Action
| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: 0 | Num of Liens: 0 | Judgment For: |
| Dispositon Date of Appeal: | Disposition Judge: : | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

### Comments
Comment 1:
Comment 2:

### Appeal Information
| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

### Administrative Information
| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: 10/03/2023 | Updated By: MAG |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - BURNS THOMAS A

#### Party Information
| | | |
|---|---|---|
| Party: C001-Plaintiff | Name: BURNS THOMAS A | Type: I-INDIVIDUAL |
| Index: D BRAND SAFWAY | Alt Name: | Hardship: Yes   JID: SWP |
| Address 1: 7200 MELISSA DR | | Phone: (205) 000-0000 |

| | | | | | |
|---|---|---|---|---|---|
| Address 2: | | | | | |
| City: | THEODORE | State: | AL | Zip: 36582-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

### Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | 10/3/23: C & S SENT. | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

### Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Notice of No Answer: |
| | | | Served By: |
| Answer: | Answer Type: | Notice of No Service: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 2 - Defendant BUSINESS - BRAND SAFWAY SOLUTIONS

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | BRAND SAFWAY SOLUTIONS | Type: | B-BUSINESS |
| Index: | C BURNS THOMAS | Alt Name: | | Hardship: No | JID: SWP |
| Address 1: | 3512 BROOKDALE DR | | | Phone: (205) 000-0000 | |
| Address 2: | | | | | |
| City: | MOBILE | State: | AL | Zip: 36608-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

### Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

### Service Information

| | | | |
|---|---|---|---|
| Issued: 10/03/2023 | Issued Type: S-SHERIFF | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Notice of No Answer: |
| | | | Served By: |
| Answer: | Answer Type: | Notice of No Service: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | CV05 | C001 | 000 | $315.00 | $0.00 | $315.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $0.00 | $45.00 | $0.00 | 0 |
| | | | | Total: | $360.00 | $0.00 | $360.00 | $0.00 | |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 9/25/2023 | 2:09 PM | ECOMP | COMPLAINT E-FILED. | 000000 |
| 9/25/2023 | 2:15 PM | FILE | FILED THIS DATE: 09/25/2023    (AV01) | CHL |
| 9/25/2023 | 2:15 PM | EORD | E-ORDER FLAG SET TO "Y"    (AV01) | CHL |
| 9/25/2023 | 2:15 PM | ASSJ | ASSIGNED TO JUDGE: S. WESLEY PIPES    (AV01) | CHL |
| 9/25/2023 | 2:15 PM | SCAN | CASE SCANNED STATUS SET TO: N    (AV01) | CHL |
| 9/25/2023 | 2:15 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED    (AV01) | CHL |
| 9/25/2023 | 2:15 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE    (AV01) | CHL |
| 9/25/2023 | 2:15 PM | ORIG | ORIGIN: INITIAL FILING    (AV01) | CHL |
| 9/25/2023 | 2:15 PM | C001 | C001 PARTY ADDED: BURNS THOMAS A    (AV02) | CHL |
| 9/25/2023 | 2:15 PM | C001 | INDIGENT FLAG SET TO: N    (AV02) | CHL |
| 9/25/2023 | 2:15 PM | C001 | LISTED AS ATTORNEY FOR C001: PRO SE    (AV02) | CHL |
| 9/25/2023 | 2:15 PM | C001 | C001 E-ORDER FLAG SET TO "Y"    (AV02) | CHL |
| 9/25/2023 | 2:15 PM | D001 | D001 PARTY ADDED: BRAND SAFWAY SOLUTIONS    (AV02) | CHL |
| 9/25/2023 | 2:15 PM | D001 | INDIGENT FLAG SET TO: N    (AV02) | CHL |
| 9/25/2023 | 2:15 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE    (AV02) | CHL |
| 9/25/2023 | 2:15 PM | D001 | D001 E-ORDER FLAG SET TO "Y"    (AV02) | CHL |
| 10/3/2023 | 11:08 AM | JEORDE | ORDER E-FILED - AFFIDAVIT OF SUBSTANTIAL HARDSHIP GRANTED - RENDERED & ENTERED: 10/3/2023 11:08:32 AM | J |
| 10/3/2023 | 11:08 AM | C001 | INDIGENT FLAG SET TO: Y    (AV02) | AJA |
| 10/3/2023 | 11:08 AM | D001 | SHERIFF ISSUED: 10/03/2023 TO D001    (AV02) | AJA |
| 10/3/2023 | 12:15 PM | TRAC | CASE ASSIGNED TO: STANDARD  TRACK    (AV01) | MAG |
| 10/3/2023 | 12:16 PM | ESERV | NOTICE OF COMPLAINT FILING SENT TO SHERIFF'S OFFICE ON 10/3/2023 | MAG |
| 10/3/2023 | 12:16 PM | ESERV | SERVICE DOCUMENT - PRE TRIAL ORDER | MAG |
| 10/3/2023 | 2:25 PM | COMM | 10/3/23: C & S SENT.    (AV02) | MAG |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 9/25/2023 2:09:41 PM | 1 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP | hardship affidavit | 2 |
| 9/25/2023 2:09:42 PM | 2 | COMPLAINT | complaint | 6 |
| 10/3/2023 11:08:35 AM | 3 | ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP | ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP | 1 |
| 10/3/2023 11:08:36 AM | 4 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 10/3/2023 11:08:37 AM | 5 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 10/3/2023 11:08:41 AM | 6 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 10/3/2023 12:16:09 PM | 7 | PRE TRIAL ORDER | GENERAL PRE-TRIAL ORDER | 3 |

 END OF THE REPORT

ELECTRONICALLY FILED
9/25/2023 2:09 PM
02-CV-2023-901992.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
SHARLA KNOX, CLERK

State of Alabama
Unified Judicial System

Form C-10
Page 1 of 2        Rev. 2/95

# AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER

Case Number

IN THE **Circuit** COURT OF **Mobile County**, ALABAMA
(Circuit, District, or Municipal)    (Name of County or Municipality)

STYLE OF CASE: **Thomas A. Burns** v. **Brand Safway Solutions**
Plaintiff(s)                          Defendant(s)

TYPE OF PROCEEDING: **Civil Suit**    CHARGE(s) (if applicable): **Indigent**

☒ **CIVIL CASE** – I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ **CIVIL CASE** – (such as paternity, support, termination of parental rights, dependency) – I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ **CRIMINAL CASE** – I am financially unable to hire an attorney and request that the court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION** – I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

**SECTION 1.**

1. **IDENTIFICATION**
   Full name **Thomas A. Burns**        Date of Birth **07-11-56**
   Spouse's full name (if married) **N/A**
   Complete home address **2700 Melissa Dr. Theodore, AL 36582**
   Number of people living in household **1**
   Home telephone number REDACTED
   Occupation/Job **Unemployed**    Length of employment REDACTED
   Driver's license number **None**    *Social Security Number* REDACTED
   Employer _____    Employer's telephone number _____
   Employer's address _____

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply)
   ☐ AFDC    ☒ Food Stamps    ☒ SSI    ☐ Medicaid    ☐ Other _____

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
   Monthly Gross Income                                          $ **857.00**
   Spouse's Monthly Gross Income (unless a martial offense)
   Other Earnings: Commissions, Bonuses, Interest Income, etc.
   Contributions from Other People Living in Household
   Unemployment/Workmen's Compensation,
     Social Security, Retirements, etc.
   Other Income (be specific) _____
                    TOTAL MONTHLY GROSS INCOME        $ **857.00**

   Monthly Expenses:
   A. Living Expenses                                           $ **500.00**
      Rent/Mortgage
      Total Utilities: Gas, Electricity, Water, etc.
      Food
      Clothing
      Health Care/Medical
      Insurance
      Car Payment(s)/Transportation Expenses
      Loan Payment(s)                                           **500.00 +**

*OPTIONAL

| Form C-10 Page 2 of 2   Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER | | |
|---|---|---|---|
| Monthly Expenses:(cont'd page1) Credit Card Payment(s) Educational/Employment Expenses Other Expenses (be specific) 100 T | | | |
| Sub-Total | | | A $ |
| B. Child Support Payment(s)/Alimony | $ | | |
| Sub-Total | | | |
| C. Exceptional Expenses | $ 100 T | | B $ |
| TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only) | | | $ 600.00 T |
| Total Gross Monthly Income Less total monthly expenses: DISPOSABLE MONTHLY INCOME | | | $ -257.10 |

**4. LIQUID ASSETS**

Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit) — $ 0
Equity in Real Estate (value of property less what you owe) — 0
Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe) — 0
Other (be specific) _____
Do you own anything else of value? ☐ Yes ☑ No
(land, house, boat, TV, stereo, jewelry)
If so, describe _____ — 0

**TOTAL LIQUID ASSETS** — $ 0

**5. Affidavit/Request**

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provide by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this _19_ day of September 2023

_Jennifer Clark_
Judge/Clerk/Notary

Affiant's Signature: _Thomas A. Burns_
Print or Type Name: THOMAS A. BURNS

**ORDER OF COURT**

**SECTION II**

IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $_____ towards the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____ is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____

_____
Judge

DOCUMENT 2
Case 1:23-cv-00395-JB-B   Doc# 1-2   Filed 10/19/23   Page 7 of 20   PageID# 15
ELECTRONICALLY FILED
9/25/2023 2:09 PM
02-CV-2023-901992.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
SHARLA KNOX, CLERK

THOMAS A. BURNS　§　CIRCUIT COURT OF
　PLAINTIFF　　　　　　MOBILE COUNTY
　　　　　　　　§　　　ALABAMA

V　　　　　　　§

　　　　　　　§　　CASE NO _____

BRAND SAFWAY SOLUTIONS　§
　　DEFENDANT

　　　　　　　§

## CIVIL COMPLAINT FOR VIOLATION OF U.S.C.A. FOURTEEN, EQUAL PROTECTION ACT, THE AMERICAN DISABILITIES ACT, AND THE ALABAMA MEDICAL MARIJUANNA ACT

COMES NOW BEFORE THIS COURT THOMAS A. BURNS PRO-SE PETITIONER PLAINTIFF IN THE ABOVE ENTITLED, STYLED AND NUMBERED CAUSE. THE PLAINTIFF WILL RESPECTFULLY SHOW THE FOLLOWING IN SUPPORT IN THE FOLLOWING:

### I
### FACTS OF CASE

THE PLAINTIFF BURNS WAS EMPLOYED WITH BRAND SAFWAY SOLUTIONS AT 3585 SHARES PLACE WEST PALM BEACH FLORIDA ON FEB. 9 14, 2019. ON 6-9-2020 "BURNS" PRESCRIBED MEDICAL MARIJUANNA BY DR. JAVID MUHAMMED FOR RELIEF

(CONT.)

(1)

OF MULTIPLE SYMPTONS. BURNS INFORMED HIS SUPERVISORS AT BRAND SAFWAY SOLUTIONS OF THE DOCTORS ORDERS AND THEY WERE SUPPORTIVE OF THE SITUATION. BURNS TRANSFERED TO THE BRAND SAFWAY BRANCH ON JULY 5TH 2021 IN MOBILE, ALABAMA. ON JULY 26TH 2021 BURNS WAS TERMINATED BY SUPERVISOR ROBERT BARLOW BECAUSE BURNS TOLD HIM HE COULDNT PASS A DRUG SCREEN BECAUSE HE WAS ON MEDICAL MARIJUANNA FROM FLORIDA AND THE DRUG SCREEN WOULD SHOW POSITIVE WOULD SHOW "THC". BURNS WAS TERMINATED. NO OPPERTUNITY TO TEST, THE CHANGE TO CLEAN UP, NO OPTIONS OR ALTERNATIVES. BURNS NOW CLAIMS WRONGFUL DISCHARGE AND LOST GAINFUL EMPLOYMENT, INCOME, BENIFITS AND IS NOW AT THIS FILING OF THIS PETITIONS IS HOMELESS, UNEMPLOYED, ON FOOD STAMPS, AND HAS NO MONEY IN BANK ACCOUNT. THIS ACTION HAS DESTROYED BURNS' LIFE IN MULTIPLE ASPECTS.

## II
## RELIEF SOUGHT

PUNITIVE DAMAGES OF $250,000 DOLLARS TWO HUNDRED AND FIFTY THOUSANDS U.S. DOLLARS FOR WRONGFUL DISCHARGE, ANGUISH, AND PAIN AND SUFFERING

## III
## GROUNDS FOR RELIEF

ON MAY 17TH 2021 ALABAMA GOVERNER KAY IVY PASSED THE MEDICAL MARIJUANNA

CONT
(2)

ACT FOR THE STATE OF ALABAMA. ALABAMA CITED PROVISIONS UNDER THIS ACT AND THE PROVISIONS WERE FROM STATE TO STATE UNDER THE MEDICAL MARIJUANNA ACT BECAUSE IT IS NOT FEDERALLY REGULATED. BUT ALABAMA THINKS THE STATE IS SPECIAL. UNDER THE 14TH AMENDMENT OF THE UNITED STATES CONSTITUTION (EQUAL PROTECTION ACT) IT CLEARLY STATES:

NO STATE SHALL MAKE OR ENFORCE ANY LAW WHICH SHALL ABRIDGE PRIVILEGES OF CITIZENS OR IMMUNITIES OF CITIZENS OF THE UNITED STATES. NOR SHALL ANY STATE DEPRIVE ANY PERSON OF LIFE, LIBERTY, OR PROPERTY WITHOUT DUE PROCESS OF LAW NOT TO DENY ANY PERSON WITHIN ITS JURISDICTION, THE EQUAL PROTECTION OF THE LAW. IN CALIFORNIA AB2188 MAKES IT UNLAWFUL FOR AN EMPLOYER TO DISCRIMINATE AGAINST A PERSON IN HIRING, TERMINATION OR ANY TERM OR CONDITION OF EMPLOYMENT, OR OTHERWISE PENALIZING A PERSON IF THE DISCRIMINATION IS BASED UPON THE FOLLOWING: THE PERSONS USE OF CANNABIS OFF THE JOB AND AWAY FROM THE PRACTICE. MASSACHUSETTS AND VERMONT PROTECT MEDICAL MARIJUANNA PATIENTS RIGHTS UNDER THEIR DISABILITY LAWS. THE SUPREME COURT OF NEW HAMPSHIRE HAS RULED THAT THE STATES DISABILITY AND ACCOMENDATION LAW LAW COVER MEDICAL MARIJUANNA PATIENTS ON A CASE TO CASE BASIS. TWENTY ONE OR MORE STATES HAVE HELPED AGAINST HIRING OF EMPLOYEES UNDER THE MEDICAL MARIJUANNA ACT OR FOR TREATMENT THEREOF. YOU CANNOT TREAT PEOPLE IN ALABAMA ANY DIFFERENTLY IN ALABAMA THAN OTHER STATES WHICH WOULD CLEARLY BE A VIOLATION UNDER THE MEDICAL MARIJUANNA ACT, AND THE AMERICAN DISABILITIES ACT. UNDER PALMITER V COMMONWEALTH

cont.
(3)

HEALTH SYSTEMS 1492 MDA 2020 SUPERIOR COURT OF PENNSYLVANIA.

In this case at hand Burns was not given opportunity for a drug screen, and a chance to clean up for a test or treatment options. Burns was terminated immediately therefore will all premises considered and the hearing of this petition I pray that this court grant relief sought in said cause.

RESPECTFULLY SUBMITTED

Thomas A. Burns

### UNSWORN AFFIDAVIT

I hereby under penalty of perjury swear that the foregoing statements are true and correct to the best of my knowledge on this the 19TH day of Sept. 2023.

OATH

(4)

## CERTIFICATE OF SERVICE

I HEREBY DECLARE THAT A TRUE AND CORRECT COPY OF A CIVIL SUIT BURNS V BRANDSAFWAY SOLUTIONS WAS HAND DELIVERED BY PLAINTIFF TO:

BRANDSAFWAY SOLUTIONS
3512 BROOKPACE DR
MOBILE, AL 36608

AND TO

CLERK CIVIL/CIRCUIT
MOBILE GOV. PLAZA Rm 927
205 GOV. ST
MOBILE, AL. 36602

ON THIS THE 19th

DAY OF SEPT 2023

Thomas A. Burns
7200 MELISSA DR
THEODORE, AL 36582
(251) 217-0817

(5)

Thomas Burns
7200 Melissa Dr
Theodore, AL.
36582

Clerk Civil Circuit
Mobile Gov. Plaza
205 Gov. St.
Mobile, AL - 36602

Date: 9-19-23

Re: Complaint: Burns V Brand Safway Solutions

Honorable Clerk,

I hope this finds you well I've hand served a complaint against Brand Safway Solutions and sent a copy to them. Please direct it properly. Any and all consideration on my behalf is deeply appreciated.

Served on this the 19th Day of Sept. 2023

Respectfully Submitted

Thomas A. Burns
7200 Melissa Dr
Theodore, AL 36582

2023 SEP 25
CLERK OF CIRCUIT COURT

ELECTRONICALLY FILED
10/3/2023 11:08 AM
02-CV-2023-901992.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
SHARLA KNOX, CLERK

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| BURNS THOMAS A | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: CV-2023-901992.00 |
| | ) | |
| BRAND SAFWAY SOLUTIONS | ) | |
| Defendant. | ) | |

ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP

Affiant is indigent and request is GRANTED. The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

DONE this 3rd day of October, 2023

/s/ S. WESLEY PIPES
_____
CIRCUIT JUDGE



AlaFile E-Notice

02-CV-2023-901992.00

To: BRAND SAFWAY SOLUTIONS
3512 BROOKDALE DR
MOBILE, AL, 36608

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

THOMAS A BURNS V. BRAND SAFWAY SOLUTIONS
02-CV-2023-901992.00

The following complaint was FILED on 9/25/2023 2:14:43 PM

Notice Date:     9/25/2023 2:14:43 PM

Service by sheriff in 02 – MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901992.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**THOMAS A BURNS V. BRAND SAFWAY SOLUTIONS**

**NOTICE TO:** BRAND SAFWAY SOLUTIONS, 3512 BROOKDALE DR, MOBILE, AL 36608

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), THOMAS A BURNS,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 7200 MELISSA DR, THEODORE, AL 36582.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of _____ pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 10/03/2023 | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested. _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____.

*(First and Last Name of Person Served)*   *(Name of County)*   *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*   *(Name of County)*   *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*   *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*   *(Telephone Number of Designated Process Server)*



AlaFile E-Notice

02-CV-2023-901992.00

Judge: S. WESLEY PIPES

To: BURNS THOMAS A (PRO SE)
7200 MELISSA DR
THEODORE, AL, 36582-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

THOMAS A BURNS V. BRAND SAFWAY SOLUTIONS
02-CV-2023-901992.00

The following matter was FILED on 10/3/2023 11:08:32 AM

Notice Date:    10/3/2023 11:08:32 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2023-901992.00

Judge: S. WESLEY PIPES

To:  BRAND SAFWAY SOLUTIONS (PRO SE)
3512 BROOKDALE DR
MOBILE, AL, 36608-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

THOMAS A BURNS V. BRAND SAFWAY SOLUTIONS
02-CV-2023-901992.00

The following matter was FILED on 10/3/2023 11:08:32 AM

Notice Date:    10/3/2023 11:08:32 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

Revised 4-1-99; 11-1-99; 11-3-05

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

|  |  |
|---|---|
| _____ | * |
| _____ | * |
|      Plaintiff, | * |
| vs. | *   CIVIL ACTION NO. _____ |
| _____ | * |
| _____ | * |
|      Defendant. | * |

## GENERAL PRE-TRIAL ORDER

To expedite pre-trial and trial procedure, it is ORDERED by the Court that the following will apply:

**1.**    **EXHIBITS, DOCUMENTS, AND PHYSICAL EVIDENCE GENERALLY**

     a.    Each party shall identify in writing to all other parties and shall make all documents, exhibits and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 days prior to trial, for inspection and copying. The same shall then be authenticated and admitted into evidence without further proof, unless written objections to any such documents or exhibits be made to the Court not less than 14 days prior to trial specifying the grounds of objection to the genuineness and relevancy of the proposed document, exhibit, or physical evidence. The requirement does not apply to documents, exhibits and physical evidence used solely as impeachment evidence.

     b.    Documents, exhibits or physical evidence not timely exhibited to or made available to other parties prior to trial under this Order will not be admitted into evidence at the trial unless solely for impeachment purposes or unless the ends of justice so require.

     c.    Documents, exhibits or physical evidence so admitted hereunder shall be presented to the court reporter for marking in evidence prior to trial.

**2.**    **DOCTOR, HOSPITAL AND MEDICAL EXPENSES**

     a.    If applicable, all doctor, medical and hospital bills shall be sent to or made available to all parties not less than 21 days before trial and shall be admitted in evidence as reasonable without further proof, unless written objection to any such bills be made to the Court no less than 14 days before trial specifying the grounds for objection.

     b.    Any such bills not timely exhibited to the other parties will not be admitted in evidence at trial unless the ends of justice so require.

     c.    The bills so admitted shall be presented to the court reporter for marking in evidence prior to trial.

3.  **SPECIAL DAMAGES**

    a.  All parties seeking special damages shall furnish the other parties with a list thereof not less than 21 days before trial. Written objections thereto may be made not less than 14 days before trial specifying grounds of objections.

    b.  Evidence of special damages claimed, but not timely exhibited to other parties, will not be admitted into evidence unless the ends of justice require so.

4.  **AGENCY-TIME AND PLACE-DUTY**

    a.  Agency and the time and place of the incident involved, if alleged in the complaint, and, if a negligence case, the existence of a duty, are admitted and the parties are deemed correctly named and designated unless specifically denied by answer or unless written objection is made not less than 14 days before trial. The objections shall include the correct name and entity and/or the grounds relied on.

5.  **EXPERTS**

    a.  Unless previously obtained by discovery, each party will furnish to all other parties the names, addresses and qualifications of all expert witnesses expected to testify, together with a brief summary of their opinions. Such disclosure of experts shall be made by the party filing the Motion to Set and Certificate of Readiness not later than the time of filing such motion. Disclosure by all parties shall be made not later than 14 days after the filing of the Motion to Set and Certificate of Readiness.

    b.  Disclosure of experts in cases not included in the Fasttrack system shall be made by all parties not less than 60 days before trial.

    c.  Unless written objection to the qualifications of an expert is made not later than 30 days before trial, stating grounds, the qualification of such expert will be admitted.

    d.  Upon calling an expert to testify at trial, the attorney may state to the Court and jury the name, address and summary of the qualifications of the expert.

6.  **DISCOVERY**

    Discovery shall be completed 30 days prior to the trial date. On written motion for good cause shown, the court may allow discovery within this 30-day period.

7.  **JURY INSTRUCTIONS**

    If the case is to be tried by a jury, requested written charges shall be submitted to the Court not later than the close of the plaintiff's case, subject to supplementation during the course of the trial on matters which could not be reasonably anticipated. Each requested charge will be typed on letter size paper and identified by the party's last name and shall be numbered.

8.  **JURY SELECTION**

    Before the commencement of trial, the parties will furnish or advise the court, outside the presence of the jury, the names of all insurance companies involved and any special voir dire questions for the purpose of qualifying the jury.

9. **DUTY TO SUPPLEMENT DISCOVERY**

All parties are under duty to supplement responses to discovery as provided by Rule 26(e)(3) ARCP which should be done not less than 30 days before trial.

10. **MOTIONS GENERALLY**

If motion to strike or motion to dismiss a pleading is filed, the Court will not consider such unless a copy of the pleading sought to be struck or dismissed is attached thereto.

11. **CONFLICTS**

In the event of scheduling conflict affected counsel shall comply with the Attorney Calendar Conflict Resolution Order of the Alabama Supreme Court.

It is further ORDERED by the Court that the Court will reconsider any portion of the General Pre-Trial Order upon timely application by any party.

Done this the _____ day of _____

_____
Presiding Judge, S. Wesley Pipes